IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ARNOLD W. RUSSELL and                                                               PLAINTIFFS
PAMELA RUSSELL

VS.                                         CASE NO. 04-CV-4116

ASHLAND CHEMICAL, INC., et al.                                                      DEFENDANTS

### ORDER

Before the Court is a Motion for Continuance, or, in the Alternative, Motion to Set Aside Expert Disclosure Stipulation filed on behalf of Plaintiffs Arnold W. Russell and Pamela Russell. (Doc. 79). Plaintiffs again seek, with the consent of all Defendants, a continuance of the trial of this matter, currently set for September 17, 2007. For grounds, Plaintiffs cite continuing difficulties in obtaining documents from non-party Cooper Tire & Rubber Company ("Cooper") related to Arnold Russell's employment and alleged toxic exposure. The Court previously continued the trial of this matter from its January 22, 2007 setting, warning the parties that the age of this case precluded any further continuances. (Doc. 73). However, Plaintiffs reluctantly report that little progress towards trial has been made since the Court's previous Order granting continuance was issued. Cooper has effectively stymied progress in this 2004 case, creating the exceptional circumstances detailed in the Motion. The result is that the September trial setting and its preceding deadlines–especially those related to expert disclosures–have become unworkable.

Therefore, upon consideration, the Court finds that Plaintiffs' Motion for Continuance, or, in the Alternative, Motion to Set Aside Expert Disclosure Stipulation should be and hereby is **GRANTED IN PART and DENIED IN PART**. To the extent Plaintiffs seek continuance of the September 17, 2007 trial setting, the motion is **GRANTED**. Plaintiffs' Alternative Motion to Set

Aside Expert Disclosure Stipulation is **DENIED**. Trial of this matter is hereby **CONTINUED**, and the deadlines imposed by the previous scheduling order are hereby lifted until further notice.

    **IT IS SO ORDERED**, this 8th day of May, 2007.

                                                       /s/ Harry F. Barnes
                                           Hon. Harry F. Barnes
                                           United States District Judge