IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ARNOLD W. RUSSELL and                                                                  PLAINTIFFS
PAMELA RUSSELL

VS.                                         CASE NO. 4:04-CV-4116

ASHLAND, INC., et al.                                                                  DEFENDANTS

## ORDER

Before the Court is a Motion for Summary Judgment filed on behalf of Ashland, Inc. ("Ashland"). (Doc. 113). Plaintiffs Arnold W. Russell and Pamela Russell have responded in opposition. (Doc. 135). Also before the Court is a Motion for Summary Judgment filed on behalf of Union Oil Company of California (d/b/a UNOCAL)("UNOCAL"). (Doc. 106). Plaintiffs have responded in opposition. (Doc. 133).

For reasons stated in the Court's Memorandum Opinion of even date, Ashland's and UNOCAL's Motions for Summary Judgment should be and hereby are **DENIED**.

**IT IS SO ORDERED**, this 6th day of August, 2008.

                                                /s/ Harry F. Barnes
                                          Hon. Harry F. Barnes
                                          United States District Judge