IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ARNOLD WAYNE RUSSELL and
PAMELA RUSSELL                                                                                PLAINTIFFS

VS.                                    CASE NO. 04-CV-4116

ASHLAND CHEMICAL, INC., et al.,                                                DEFENDANTS

## DEFAULT JUDGMENT

On this 12th day of February, 2009, in accordance with the Order of even date, the Court enters this Default Judgment in the above styled and numbered case in favor of the Plaintiffs, and against Defendant Cone Solvent, Inc. for the following amounts.

1. Judgment is entered in favor of Plaintiff, Arnold Wayne Russell, and against Defendant Cone Solvent, Inc. for the sum of Three Million Dollars ($3,000,000.00).

2. Judgment is entered in favor of Plaintiff, Pamela Russell, on her claim of loss of consortium, and against Defendant Cone Solvent, Inc. for the sum of Two Million Dollars ($2,000,000.00).

IT IS SO ORDERED.

      /s/Harry F. Barnes
      Hon. Harry F. Barnes
      United States District Judge